RECEIVED
IN LAKE CHARLES, LA
APR 10 2006
pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:98 CR 20058-002 |
| VS. | : | JUDGE MINALDI |
| RONALD BLOUNT | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

Presently before the court is a Motion to Intervene [doc. 792] filed by the defendant, Ronald Blount ("Blount"). Blount's co-defendant, Ronald Pernell Green, was recently granted a hearing on his §2255 motion, specifically on his allegations of ineffective assistance of counsel on Count 4 of the Indictment. Blount argues that because Green was granted relief that he, Blount, is entitled to the same relief. This argument has no merit. The analysis of each §2255 petition is individual and fact-specific. Blount previously filed a §2255 petition that was denied. Green's arguments concerning ineffective assistance of counsel on Count 4 had merit, but this decision does not apply to Blount who was represented by separate counsel. Accordingly,

IT IS ORDERED that the defendant's Motion to Intervene IS DENIED.

Lake Charles, Louisiana, this 7 day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE